IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MYRA CHARLENE HORAN,

    Plaintiff,

v.                                                                      No. 1:21-cv-01102-JDB-jay

CARMA DENNIS McGEE, *et al.*,

    Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING COMPLAINT AGAINST ALL DEFENDANTS EXCEPT WAYNE FUQUA,
AND
PERMITTING PLAINTIFF TO FILE AMENDED COMPLAINT

A pro se complaint filed by the Plaintiff, Myra Charlene Horan, was docketed in this matter on May 27, 2021. (Docket Entry ("D.E.") 1.) In accordance with Administrative Order No. 2013-05, the lawsuit was referred to the assigned magistrate judge, Jon A. York, for management of all pretrial matters. In a report and recommendation entered June 13, 2022, (D.E. 10), Judge York recommended that the complaint be dismissed against all Defendants except Wayne Fuqua. He further recommended that Plaintiff be permitted to amend her complaint to state only a claim against Fuqua under 42 U.S.C. § 1983 with respect to paragraphs ten and eleven of her initial complaint. No objection to the report and recommendation has been filed, and the time for such objection has expired. Having reviewed the report and recommendation and the entire record, the Court hereby ADOPTS the report, DISMISSES the complaint against all Defendants except Wayne Fuqua, and allows Plaintiff twenty-eight days to file an amended complaint alleging only a § 1983 claim against Fuqua regarding paragraphs ten and eleven of her initial complaint. Failure

2

to timely comply in any manner with this order regarding amendment may result in dismissal of this case.

    IT IS SO ORDERED this 6th day of July 2022.

                                                s/ J. DANIEL BREEN
                                               UNITED STATES DISTRICT JUDGE