IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MYRA CHARLENE HORAN,

    Plaintiff,

v.                                                        No. 1:21-cv-01102-JDB-jay

WAYNE FUQUA,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
DISMISSING COMPLAINT
_____

On May 27, 2021, the pro se complaint of the Plaintiff, Myra Charlene Horan, was docketed in this Court. (Docket Entry ("D.E.") 1.) The suit named as Defendants Carma Dennis McGee; Donald E. Parish; Robert L. Crowley; Brad Lee Coen; Wayne Fuqua; Sherry Dockins-Pritchett; Marcus Noles; the State of Tennessee; the City of Camden, Tennessee; Benton County, Tennessee; and the State of Idaho. Pursuant to Administrative Order 2013-05, the case was assigned to the United States Magistrate Judge for management of all pretrial matters. In a report and recommendation entered June 13, 2022, Magistrate Judge Jon A. York recommended that all of the Defendants except for Fuqua be dismissed. (D.E. 10.) As no objections to the report and recommendation were filed, and upon review of the record, the undersigned adopted the report and recommendation on July 6, 2022. (D.E. 11.) The Court also permitted Horan to file an amended complaint alleging a claim under 42 U.S.C. § 1983 against the remaining Defendant.

The amended complaint was filed on July 12, 2022. (D.E. 12.) On October 17, 2022, Fuqua moved to dismiss the amended pleading. (D.E. 16.) Judge York, in a report and

recommendation entered July 10, 2023, recommended that the motion be granted and this matter be dismissed.  (D.E. 20.)  Objections to the report and recommendation were due on July 24, 2023.  On July 25, 2023, Horan moved for an extension of time in which to object.  (D.E. 21.)  The motion was granted, allowing Plaintiff until August 15, 2023, to make her filing.  (D.E. 23.)  To date, no objections have been filed and time for such objections has expired.

Having reviewed the report and recommendation and the entire record, the Court hereby ADOPTS the report and DISMISSES the amended complaint against the remaining Defendant.  The Clerk is DIRECTED to enter judgment for the Defendant.

IT IS SO ORDERED this 17th day of August 2023.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE